■ In the Matter of WILLIAM MELLEN, Appellant, v AMY MELLEN, Respondent. [17 NYS3d 369]—Appeal from an order of the Family Court, Onondaga County (Salvatore Pavone, R.), entered February 26, 2014 in a proceeding pursuant to Family Court Act article 6. The order denied the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Centra, Valentino, Whalen and DeJoseph, JJ.

■ In the Matter of the Estate of DOROTHY H. LONGLEY, Deceased. MARY ANN LATHAN, Respondent; RUTH ANN SALVADOR, Appellant. [17 NYS3d 369]—Appeal from a decree of the Surrogate's Court, Erie County (Barbara Howe, S.), entered May 27, 2014. The decree, among other things, admitted decedent's December 11, 2010 Last Will and Testament to probate.

It is hereby ordered that the decree is unanimously affirmed without costs for reasons stated in the decision by the Surrogate. Present—Smith, J.P., Centra, Valentino, Whalen and DeJoseph, JJ.

■ In the Matter of SALVATORE J. MARCERA, JR., a Suspended Attorney, Resignor. [17 NYS3d 370]—Order entered accepting resignation and striking name from roll of attorneys. Present—Smith, J.P., Carni, Valentino and DeJoseph, JJ. (Filed Sept. 16, 2015.)